970 F.2d 1292w
 61 USLW 2079, 22 Fed.R.Serv.3d 1256,
Bankr. L. Rep. P 74,695
 Daniel A. WILLIS; Carolyn W. Willis; Herman L. Mensing,
Jr.; Frances K. Mensing; Vincent H. Lewis; Ruby
B. Lewis; Elwood F. Hamlet; Lois D.
Hamlet, Plaintiffs-Appellees,
and
Richard L. Taylor; Mary S. Taylor; William F. Cobb;
Lillie P. Cobb; Roy B. Bass; Susan R. Bass, Plaintiffs,
v.
The CELOTEX CORPORATION, Defendant-Appellant,
and
Owens-Corning Fiberglass Corporation; Eagle-Picher
Industries, Inc.; Armstrong World Industries, Inc.; GAF
Corporation; Keene Corporation; Standard Insulations,
Inc.; Raymark Industries, Inc.; Owens-Illinois, Inc.;
H.K. Porter Company, Inc.; Fibreboard Corporation; Crown
Cork & Seal Company, Inc.; Combustion Engineering, Inc.;
Pittsburgh Corning Corporation, Defendants.
 No. 91-1446.
 United States Court of Appeals,
Fourth Circuit.
 Argued Oct. 28, 1991.
Decided June 18, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 970 F.2D 1292-1301